PROB 12B
ED/AR (12/2012)

# United States District Court

for the

### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR - 8 2026

TAMMY H. DOWNS, CLERK

By:_____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | |
|---|---|---|
| Name of Offender: | Keshaun Lamonte Johnson | Case Number: 4:26CR00034-LPR-1 |

Name of Sentencing Judicial Officer:    Honorable Loretta A. Preska
U.S. District Judge
Southern District of New York

Name of Reassigned Judicial Officer:    Honorable Lee P. Rudofsky
U.S. District Judge
Eastern District of Arkansas
(Jurisdiction accepted on March 3, 2026)

Original Offense:    Conspiracy to Commit Firearms Trafficking

Date of Sentence:    October 27, 2025

Original Sentence:    1 days Bureau of Prisons followed by 3 years supervised release

| Type of Supervision: | Supervised Release | Date Supervision Commenced: | October 27, 2025 |
|---|---|---|---|
| | | Date Supervision Expires: | October 26, 2028 |

| U. S. Probation Officer: Jackson Rice | Asst. U.S. Attorney: Chris Givens | Defense Attorney: To be appointed |
|---|---|---|

---

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ year(s), for a total term of _____ years.

☒    To modify the conditions of supervision as follows:

Defendant must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. Further, defendant must abstain from the use of alcohol during treatment. The defendant must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

## CAUSE

On December 2, 2025, Mr. Johnson submitted a urine specimen which tested and confirmed positive for the use of marijuana and Alere Toxicology determined this to be new use. On March 16, 2026, Mr. Johnson submitted a urine specimen which tested and confirmed positive for the use of marijuana. Mr. Johnson advised he would like to participate in substance abuse treatment to better assist him with family life stressors.

Prob 12B                                          - 2 -                              Request for Modifying the
                                                                                    Conditions or Term of Supervision
                                                                                    With Consent of the Offender

Name of Offender:  Keshaun Lamonte Johnson                    Case Number:  4:26CR00034--001


Federal Public Defender Lisa Peters advised Mr. Johnson of his rights regarding the waiver of hearing. On March 18, 2026, Mr. Johnson signed the attached Probation Form 49, agreeing to the modification.


_____                    _____
Jackson Rice                                        Chris Givens
U.S. Probation Officer                              Assistant U.S. Attorney

Date:  March 30, 2026                               Date:  4/6/26

Approved by:

_____
Laine Rasmussen
U.S. Probation Officer Unit Leader


THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

_____                    4-8-2026
Honorable Lee P. Rudofksy                           Date
United States District Judge

This form is to be filed with Criminal Docketing as an order and/or petition.

c:   Assistant U.S. Attorney Chris Givens

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Defendant must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. Further, defendant must abstain from the use of alcohol during treatment. The defendant must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness  _Jackson Rice_
(U.S. Probation Officer)

Signed  _K. Johnson_
(Probationer or Supervised Releasee)

_March 16th_
(Date)

_Lisa G. Peters_

March 18, 2026